

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Omar Ewideh & Nivertiti Geaith

v.

Keystone Advanced Remodeling, LLC,
Beacon building products,
Frederick Mutual insurance company,
Mike Shultz,
Joshua Stankiewicz,
Lauren Stankiewicz,
Kurt A. Blake,
Blake & Schanbacher Law,

Civil Action No.:
**JURY TRIAL DEMANDED**

Philadelphia
FED. question
Racketeering Rico

**COMPLAINT AND FOR DECLARATORY RELIEF AND INJUNCTIVE**

The venue is appropriate in the Eastern District of Pennsylvania pursuant to federal law regarding declaratory relief and there is a party within Philadelphia PA as well as a diversity jurisdiction for Frederick mutual insurance. The racketeering activity had occurred within the Eastern District of Pennsylvania's jurisdiction within Philadelphia PA and this case involves a federal question.

## COUNT I

## TORTIOUS INTERFERENCE AND CIVIL CONSPIRACY AND CIVIL RACKETEERING AGAINST DEFENDANTS

Plaintiffs had retained the services of Keystone for the defendants to complete siding roofing work and did not complete the work and did not complete or do any remedying the issues without any justifiable cause and brought mold into the home the defendants all conspired together to fail to comply with and act in good faith to resolve the issue and civil conspiracy around the end of 2022.

Beacon building products had caused destruction of property and destroyed the plaintiff's yard and the defendants had used Beacon to commit mail fraud to conspire and intimidate plaintiffs into signing a contract and committing a Rico violation

    Wherefore plaintiffs respectfully request and demand judgment against the defendants in an amount in excess of $150,000 together with cost and interest as well as punitive exemplary damages and anything else the court may deem necessary and or appropriate as well as a permanent injunction against the defendants from ever executing or performing or committing the same acts again.

## Count ii Breach-declaratory Relief

plaintiffs respectfully request declaratory relief declaring the rights of the plaintiffs that the plaintiffs do not owe the defendants any money for the services that were not completed nor completed satisfactory and to declare that the actions of the other defendants were unlawful and for any other relief that the court finds just equitable.

    Wherefore plaintiffs respectfully request and demand judgment against the defendants in an amount more than $150,000 together with cost and interest as well as punitive exemplary damages and anything else the court may deem necessary and or appropriate as well as a permanent injunction against the defendants from ever executing or performing or committing the same acts again.

Respectfully Submitted,

Omar Ewideh

3047 Honey Run Drive

York, PA 17408

717-275-6170

Pro Se

Ewidehomar@gmail.com

Nivertiti Geaith     Pro Se

3047 Honey Run Drive

York, PA 17408

gnivertiti@gmail.com